IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ALEX BELFI,** | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 21-CV-5672** |
| | : | |
| **RADIUS BANCORP,** *et al.* | : | |
|     Defendants. | : | |

## ORDER

AND NOW, this 10th day of January, 2022, upon consideration of Plaintiff Alex Belfi's Motion to Proceed *In Forma Pauperis* (ECF No. 2), *pro se* Complaint (ECF No. 1), Motion for Appointment of Counsel (ECF No. 3), and Motion for Leave to File Electronically (ECF No. 4), it is **ORDERED** that:

    1.    Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

    2.    The Complaint is **DEEMED** filed.

    3.    The Complaint is **DISMISSED IN PART WITH PREJUDICE AND IN PART WITHOUT PREJUDICE** for the reasons in the Court's Memorandum as follows:

        a.    Any claims for relief barred by *Rooker-Feldman* are **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

        b.    All federal law claims are **DISMISSED WITH PREJUDICE**.

        c.    All state law claims are **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction

    4.    Belfi's Motion for Appointment of Counsel (ECF No. 3) and Motion for Leave to

File Electronically (ECF No. 4) are **DENIED**.

      5.      The Clerk of Court is **DIRECTED** to close this case.

**BY THE COURT:**

/s/ John R. Padova
**JOHN R. PADOVA, J.**