# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ALEX BELFI,** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 21-CV-5672** |
| | : | |
| **RADIUS BANCORP,** *et al.* | : | |
| Defendants. | : | |

## ORDER

AND NOW, this 2nd day of February, 2022, upon consideration of Plaintiff Alex Belfi's Motion for Reconsideration (ECF No. 8), it is **ORDERED** that the Motion is **DENIED**.

BY THE COURT:

/s/ John R. Padova
**JOHN R. PADOVA, J.**